UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KORTNEY BLYTHE,

No. C 07-03173 WDB

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

v.

CITY OF BERKELEY,

Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____6/18/07_____          Signature _____

Counsel for _____Plaintiff_____
(Plaintiff, Defendant, or indicate "pro se")