**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kortney Blythe,

                  Plaintiff,

      v.

City of Berkeley.

                  Defendant(s).
_____/

No.  C 07-3173 WDB

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

        The **CASE MANAGEMENT CONFERENCE** previously scheduled for **September 18, 2007**, on Magistrate Judge Brazil's calendar will **NOT** be held.

Dated:  June 20, 2007

                                Richard W. Wieking, Clerk
                                United States District Court

                         *Michelle Sicula*

                              By:  Michelle Sicula
                                  Law Clerk/Deputy Clerk

Copies to:  All parties, WDB, Stats