|   |   |
|---|---|
| 1 | Michael Millen |
| 2 | Attorney at Law  (#151731) |
|   | 119 Calle Marguerita  Ste. 100 |
| 3 | Los Gatos, CA  95032 |
|   | Telephone:  (408) 871-0777 |
| 4 | Fax:  (408) 516-9861 |
|   | mikemillen@aol.com |

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| KORTNEY BLYTHE, | NO.: C07-03173 MMC |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. |  |
| CITY OF BERKELEY, | Date: August 10, 2007 |
|  | Time: 9:00 a.m. |
|  | Room: 7, 19th Floor |
| Defendants. | Judge: Chesney |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Please take notice that on August 10, 2007, at 9:00 a.m. or as soon thereafter as the matter can be heard, at the courtroom of the Hon. Maxine Chesney, located in Courtroom 7, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, plaintiff KORTNEY BLYTHE will move this court for a preliminary injunction enjoining defendant CITY OF BERKELEY, its agents, servants, employees, officers and police officers from enforcing Berkeley Municipal Code §13.52.020.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declaration of Kortney Blythe, and all other documents filed with the court prior to the hearing.

Dated: June 26, 2007

*[signature]*

MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS