Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTNEY BLYTHE,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>   Defendants. | NO.:  C07-03173 MMC<br><br>**[PROPOSED] ORDER AFTER HEARING**<br><br>Date: August 10, 2007<br>Time: 9:00 a.m.<br>Room: 7, 19th Floor<br>Judge: Chesney |

The matter of plaintiff Kortney Blythe's Motion for Preliminary Injunction came on for hearing on August 10, 2007, with all counsel present.  The court, having considered the written submissions of counsel and oral argument, and good cause appearing, hereby orders as follows:

   1. The court finds that Berkeley Municipal Code §13.52.020 violates both the United States and California Constitutions as per the teachings of *In re Cox*, 3 Cal.3d 205 (1970).

   2. The court hereby enjoins defendant CITY OF BERKELEY, its agents, servants, employees, officers and police officers from enforcing Berkeley Municipal Code §13.52.020.

Dated:

                                                   MAXINE CHESNEY
                                   UNITED STATES DISTRICT JUDGE