Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTNEY BLYTHE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>    Defendants. | NO.:  C07-03173 MMC<br><br>**DECLARATION OF KORTNEY BLYTHE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 10, 2007<br>Time: 9:00 a.m.<br>Room: 7, 19th Floor<br>Judge:  Chesney |

I, Kortney Blythe, hereby declare:

1. I am the plaintiff in this action.

2. I personally hold moral, religious, and political beliefs that abortion is wrong.  I regularly engage in pro-life, anti-abortion speech activities.  These speech activities include hand-to-hand leafleting, education about abortion, and holding signs with a pro-life, anti-abortion message.  All of these activities are done peacefully and occur on public sidewalks or other public fora where I can convey my message to the public.

3. On or about October 6, 2006, I was at the U.C. Berkeley campus (the "campus") in the City of Berkeley.  While at the campus I stationed myself in an outdoor area freely and openly accessible to the public and engaged in peaceful, non-disruptive free speech activity (i.e., passing out literature and talking to interested persons) for a period of time.

4. I was then approached by police officers who demanded that I leave the premises.

5. I refused their request and, as a consequence, was issued a criminal citation accusing me of violating Berkeley Municipal Code §13.52.020. I was further told that if I did not leave I would be arrested and my signs confiscated

6. Fearing this result, I then left and was unable to engage in her free speech activity at that particular location any further.

7. As a result of this criminal citation, I had to engage counsel to defend me in court against the charges. I was successful in having the charges dismissed and suffered no conviction due to the charges.

8. I would like to return to the U.C. Berkeley campus to engage in free speech activity but I do not want to be arrested again. At this point I am unwilling to return until a court rules that Berkeley Municipal Code §13.52.020 is an invalid, unenforceable ordinance

//

//

**VERIFICATION**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: _____     */s/ Kortney Blythe*
KORTNEY BLYTHE

---

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

DECLARATION OF KORTNEY BLYTHE IN SUPPORT OF     C07 03173 MMC     Page 3
MOTION FOR PRELIMINARY INJUNCTION