Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTNEY BLYTHE, | NO.:  C07-03173 MMC |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CITY OF BERKELEY, | Date:  August 10, 2007 |
| Defendants. | Time:  9:00 a.m. |
| | Room: 7, 19th Floor |
| | Judge:  Chesney |

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**          C07-03173          Page 1

1    Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, plaintiff KORTNEY BLYTHE

2  hereby request that the court take Judicial Notice of the following adjudicative facts:

3    1.  That Berkeley Municipal Code §13.52.020, a copy of which is attached hereto as Exhibit

4  A, states as follows:

5    It is unlawful for any person to enter or go upon or pass over or remain upon any land
     of another after being personally forbidden to do so by the owner of said property, or
6    by the person entitled to the possession thereof for the time being, or the authorized
     agent of either. (Ord. 2829-NS § 2, 1947)
7
     2.  That Berkeley Municipal Code §13.52.110, a copy of which is attached hereto as Exhibit
8
   B,  states as follows
9
     Any person violating any of the provisions of this chapter shall be deemed guilty of a
10   misdemeanor, and upon conviction thereof shall be punishable as set forth in Chapter
     1.20 of this code. (Ord. 2829-NS § 11, 1947)
11

12
   Dated: June 26, 2007
13
                                                    _____
14                                                  MICHAEL MILLEN, ESQ.
                                                    ATTORNEY FOR PLAINTIFFS
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**        C07-03173        Page 2
**MOTION FOR PRELIMINARY INJUNCTION**

1

## DECLARATION

2      I, Michael Millen, hereby declare:

3      1.  I am a licensed attorney and represent plaintiffs in this action.

4      2.  I printed out Exhibit A by going to the official home page containing the Municipal Code

5  of the City of Berkeley, California, on the world wide web at >http://www.ci.berkeley.ca.us/bmc/<,

6  calling up section 13.52.020, and printing out the resulting page whose address is

7  >http://www.ci.berkeley.ca.us/bmc/berkeley%5Fmunicipal%5Fcode/title%5F13/52/020.html<.

8      2.  I printed out Exhibit B by going to the official home page containing the Municipal Code

9  of the City of Berkeley, California, on the world wide web at >http://www.ci.berkeley.ca.us/bmc/<,

10  calling up section 13.52.110, and printing out the resulting page whose address is

11  >http://www.ci.berkeley.ca.us/bmc/berkeley%5Fmunicipal%5Fcode/title%5F13/52/110.html<.

12

13      I declare under penalty of perjury under the laws of the State of California and the United

14  States of America that the foregoing is true and correct.

15

16

17  Dated: June 26, 2007                    _____

18                                          MICHAEL MILLEN, ESQ.
                                            ATTORNEY FOR PLAINTIFFS

19

20

21

22

23

24

25

26

27

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION**          C07-03173          Page 3