[Chapter 13.52 TRESPASS*](#)

### Section 13.52.020 Entering upon property after being personally forbidden to do so prohibited.

It is unlawful for any person to enter or go upon or pass over or remain upon any land of another after being personally forbidden to do so by the owner of said property, or by the person entitled to the possession thereof for the time being, or the authorized agent of either. (Ord. 2829-NS § 2, 1947)