Chapter 13.52 TRESPASS*

### Section 13.52.110 Violation--Penalty.

Any person violating any of the provisions of this chapter shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punishable as set forth in Chapter 1.20 of this code. (Ord. 2829-NS § 11, 1947)