```
1  MANUELA ALBUQUERQUE, City Attorney      SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney  SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendant CITY OF BERKELEY
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>　　　　　Defendant. | NO. C 07 03173 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 15, 2007<br>Trial Date:　　　None |

## **STIPULATION**

Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney Blythe and defendant City of Berkeley, through their attorneys herein, stipulate that the hearing date for plaintiff's motion for a Preliminary Injunction be continued from August 10, 2007 to September 14, 2007, at 9:00 a.m. in order to accommodate defense counsel's scheduling conflicts. There have been no prior continuances in this matter.

Dated: July 19, 2007　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　MANUELA ALBUQUERQUE, City Attorney

　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　MATTHEW J. OREBIC
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant City of Berkeley

Dated: July 19, 2007　　　　　　　　　MICHAEL MILLEN, Attorney at Law

　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　MICHAEL MILLEN, Attorney for Plaintiff

1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: _____

4
   _____
   MAXINE M. CHESNEY
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28