1  MANUELA ALBUQUERQUE, City Attorney    SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney  SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendant CITY OF BERKELEY

6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO

10

11 KORTNEY BLYTHE,                      NO. C 07 03173 MMC

              Plaintiff,                STIPULATION AND ORDER TO
12                                      CONTINUE HEARING DATE FOR
   v.                                   PLAINTIFF'S MOTION FOR A
13                                      PRELIMINARY INJUNCTION
   CITY OF BERKELEY,
14                                      Complaint Filed: June 15, 2007
              Defendant.                Trial Date:      None
15

16                            **STIPULATION**

17     Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney

18 Blythe and defendant City of Berkeley, through their attorneys herein, stipulate that the hearing

19 date for plaintiff's motion for a Preliminary Injunction be continued from August 10, 2007 to

20 September 14, 2007, at 9:00 a.m. in order to accommodate defense counsel's scheduling

21 conflicts. There have been no prior continuances in this matter.

22 Dated: July 19, 2007              Respectfully submitted:

23                                   MANUELA ALBUQUERQUE, City Attorney

24                        By:        _____/s/_____
25                                   MATTHEW J. OREBIC
                                     Attorneys for Defendant City of Berkeley
26 Dated: July 19, 2007              MICHAEL MILLEN, Attorney at Law

27                        By:        _____/s/_____
28                                   MICHAEL MILLEN, Attorney for Plaintiff

                                    1

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

Dated: July 23, 2007

3

4 | _____
MAXINE M. CHESNEY
5 | United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIP. & ORDER TO CONTINUE HEARING FOR PLTF'S MOTION FOR A PRELIMINARY INJUNCTION
USDC NO. C 07 03173 MMC