MANUELA ALBUQUERQUE, City Attorney    SBN 67464
MATTHEW J. OREBIC, Deputy City Attorney    SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,** | NO. C 07 3173 MMC |
| Plaintiff, | **ANSWER OF DEFENDANT CITY OF BERKELEY TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **CITY OF BERKELEY,** | |
| Defendant. | |

Defendant City of Berkeley answers plaintiff's Complaint as follows:

1. Defendant denies the allegations of Paragraph 1 due to lack of information.

2. Answering Paragraph 2, defendant admits the City is a municipal corporation organized under the laws and Constitution of the state of California, and is capable of suing and being sued, and that the City has a police department, and the City's police officers have the discretion to enforce Berkeley Municipal Code section 13.52.020 under proper circumstances, but otherwise deny the remaining allegations.

3. Defendant denies the allegations of Paragraph 3 and alleges that plaintiff lacks standing to sue the City for an incident involving no City police officers, but rather, only involving University of California ("UC") police officers acting only on the UC campus.

4. Defendant admits the allegations of Paragraphs 4, 5, and 6, and also asserts that the Ordinance may be charged as an infraction was well as a misdemeanor.

5. Defendant denies the allegations of Paragraphs 7 and 8 due to lack of information.

6. Defendant denies the allegations of Paragraph 9 and 10.

7. Answering Paragraphs 11 and 12, defendant admits that it will properly enforce the Ordinance in a constitutional manner if not restrained by Court order, but denies the remaining allegations.

7. Defendant denies the allegations of Paragraphs 13 due to lack of information.

8. Defendant denies the allegations of Paragraph 14.

### FIRST CAUSE OF ACTION

9. Answering Paragraph 15, defendant incorporates the prior responses to Paragraphs 1-14.

10. Defendant denies the allegations of Paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

### SECOND CAUSE OF ACTION

11. Answering Paragraph 26, defendant incorporates the prior responses to Paragraphs 1-25.

Defendant denies the allegations of Paragraphs 27 and 28.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue the City, there is no case or controversy as to the City, and the case is not ripe as to the City.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each cause of action therein, fail to state sufficient facts to constitute a cause of action.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any there were, were caused by other persons beyond the control of the defendant.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claim for equitable relief is barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's state law claim is barred by California Government Code sections 815, 815.2(b), 820.2, 820.8, and 821.

WHEREFORE, defendant prays that:

1. The Court give judgment for defendant;
2. The Court award defendant costs of suit herein incurred;
3. That plaintiff take nothing by her Complaint; and
4. For such other and further relief as the Court may deem proper.

Dated:  August 10, 2007                    Respectfully submitted:

MANUELA ALBUQUERQUE, City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

By:    /s/
MATTHEW J. OREBIC
Attorneys for Defendant City of Berkeley