MANUELA ALBUQUERQUE, City Attorney       SBN 67464
MATTHEW J. OREBIC, Deputy City Attorney      SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6950
FAX.:  (510) 981-6960

Attorneys for Defendant CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>Defendant. | **NO.  C 07 3173 MMC**<br><br>**DECLARATION OF MATTHEW J. OREBIC IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  September 14, 2007<br>Time:  9:00 a.m.<br>Ctrm: 7 |

I, Matthew J. Orebic, declare:

1.  I am one of the attorneys representing defendant City of Berkeley in this lawsuit.  I am licensed to practice law in California and have been admitted to practice before this Court.  I have personal knowledge of the facts stated herein and am competent to testify to these facts.

2.  Attached to this Declaration as Exhibit A is a copy of Berkeley Municipal Code (BMC) section 1.20.020(A)(1), which gives enforcement officers discretion to enforce violations of the BMC as either infractions or misdemeanors, unless the provision expressly states it can *only* be enforced as an infraction or can *only* be enforced as a misdemeanor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  August 24, 2007                    _____/s/_____
                                                               MATTHEW J. OREBIC