Section 1.20.020 Discretion to charge violations as infractions.

Case 3:07-cv-03173-MMC     Document 15-2     Filed 08/24/2007     Page 1 of 2

[Chapter 1.20 GENERAL PENALTY*](#)

---

Section 1.20.020 Discretion to charge violations as infractions.

   A.   1.   Except for those violations that this code expressly requires be charged solely as either an infraction or a misdemeanor, any violation of any ordinance of the City or any provision of any ordinance may be charged, in the discretion of the enforcing officer or City Attorney, as a misdemeanor or an infraction.
   2.   A violation may be charged as a misdemeanor if the offender has been warned to discontinue the conduct constituting an infraction, but continues to do the conduct.
   B.   Penalties for Infractions. Pursuant to California Government Code Sections 36900 and 36901, the penalty by fine for infractions shall be as follows:
   1.   A fine not exceeding one hundred dollars for a first violation;
   2.   A fine not exceeding two hundred dollars for the second violation;
   3.   A fine not exceeding five hundred dollars for each additional violation of the same section of the same ordinance within one year.
   C.   Misdemeanors. Unless otherwise specified, upon a third or subsequent conviction of the same section of any City ordinance, designated punishable as an infraction, committed within a period of one year, the fourth violation may, at the discretion of the City Attorney, be charged as a misdemeanor punishable by a fine of not more than one thousand dollars or by imprisonment in the county jail not to exceed six months, or by both such fine and imprisonment.
   D.   Person. "Person" includes any individual, firm, association, organization, partnership, business trust, joint venture, corporation, company, or any other organization or group of persons acting in concert, whether as principal, agent, employee, manager, lessee, servant, officer, or otherwise.
   E.   Civil Action. In addition to any other remedies provided in this section, any violation of this section may be enforced by civil action.
   F.   Authority to Issue Citations. In addition and supplementary to the provisions of the Penal Code relating to public offenses and the authority of peace officers, the City Council hereby designates the City Manager and the following employees who are classified (or who may hereafter be classified by some other appropriate designation with substantially the same duties) as enforcement authorities for violations of City ordinances: chief of codes, inspection and zoning, zoning officer, building inspection supervisor, housing inspector, building inspector, project coordinator, license and collection supervisor, senior field representative, field representative, fire chief, deputy fire chief, assistant fire chief, fire marshal, deputy fire marshal, assistant fire marshal, fire inspector, parks/marina superintendent, parks/marina administrative analyst, marina supervisor, forestry supervisor, senior gardener supervisor, gardener supervisor, tree trimmer supervisor, tree topper supervisor, public works maintenance superintendent, senior public works supervisor, assistant city engineer, senior civil engineer, traffic engineer, assistant traffic engineer, associate civil engineer, assistant civil engineer, junior civil engineer, engineering inspector, recycling program administrator, refuse superintendent, senior refuse supervisor, refuse supervisor, chief of environmental health, supervising sanitarian, sanitarian, assistant sanitarian,

vector control technician, animal services supervisor, animal control officer and hazardous materials specialist. Such public officers or employees may issue a citation and notice to appear in the manner prescribed by Chapter 5c of Title 3, Part 2 of the Penal Code (or as the same may hereafter be amended). It is the intent of the City Council that the immunities prescribed in Section 836.5 of the Penal Code be applicable to public officers or employees or employees acting in the course and scope of employment pursuant to this chapter.

    G.   Severability. If any provision of this ordinance is held to be unconstitutional or otherwise invalid by any court of competent jurisdiction, the remaining provisions of the ordinance shall not be invalidated. (Ord. 6845-NS § 1, 2005; Ord. 6710-NS § 1, 2002; Ord. 6296-NS § 1, 1995: Ord 5715-NS § 2, 1986: Ord. 5590-NS § 1, 1984: Ord. 5499-NS § 2, 1982)