MANUELA ALBUQUERQUE, City Attorney   SBN 67464
MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>Defendants. | NO. C 07 3173 MMC<br><br>**DECLARATION OF UCPD *ANDREW E. TUCKER* RE: CITY OF BERKELEY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: September 14, 2007<br>TIME: 9:00 a.m.<br>CTRM: 7 |

I, *Andrew E. Tucker*, declare:

1. I am currently a Sergeant for the University of California Police Department ("UCPD") at the Berkeley campus. I have been employed by UCPD since *1991*. I have personal knowledge of all the facts stated in this Declaration and I am competent to testify to these facts if called on to do so.

2. Attached as Exhibit A to this Declaration is a correct copy of UCPD police report 06-4509 dated October 6, 2006. UCPD records show the report was prepared in the ordinary course of business on or about the day of the incident.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/10/07

*Andrew E. Tucker*

1

UCPD DECL. RE: CITY'S OPPOS. TO MOTION FOR PREL. INJ.
ACSC NO. C 07 03173 MMC