# CRIME REPORT

**UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700**

2. CASE NUMBER: 06-4509

1. ☐ ARREST ☐ TO BPD JAIL ☒ FIELD CITE ☐ TO CO. JAIL ☐ CONFISCATION ☐ TO JUV. HALL

3. PAGE 1 OF 2

4. OFFENSE(S) (IN SEQUENCE OF OCCURRENCE): 13.52.020 BMC
☐ OUTSIDE ASSIST TO: — THEIR CASE #:

5. CRIME(S): Enter Property After Warning to Leave by Owner/Agent

6. CLASSIFICATION: ☐ FELONY ☒ MISD ☐ PERSON ☐ PROPERTY
7. ☒ ADULT ☐ JUVENILE

8. DATE OCCURRED FROM: 10-6-06
9. TIME: 1210
10. DAY: Fri
11. DATE OCCURRED TO: 10-6-06
12. TIME: 1210
13. DAY: Fri
14. DATE REPORTED: 10-6-06
15. TIME: 1210
16. DAY: Fri

17. LOCATION OF OFFENSE: Sproul Plaza west of the West Steps

18. V
19. NAME/FIRM NAME (LAST, FIRST, MIDDLE): UC Regents
20. RACE:
21. SEX:
22. DOB:

23. RESIDENCE ADDRESS, CITY, STATE, ZIP:
24. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER
25. RESIDENCE PHONE: ( ) -

26. BUSINESS/SCHOOL ADDRESS: UC Berkeley
27. BUSINESS PHONE: ( ) -

28. OCCUPATION: Property Owner
29. WORK HOURS:
30. DL NUMBER/STATE:
31. EMAIL ADDRESS:

32. VICTIM'S ACTIVITY AT TIME OF OFFENSE:
33. VICTIM'S PHYSICAL CONDITION:

34. V'S VEHICLE LIC. NO/STATE:
35. VICTIM'S VEHICLE YEAR, MAKE, MODEL, BODY STYLE:
36. TOP COLOR:
37. BOTTOM COLOR:

38. CODE: R
39. NAME/FIRM NAME: WILSON, Lydia J.
40. RACE: W
41. SEX: F
42. DOB: 6-24-87

43. RESIDENCE ADDRESS: 2612 Hillegass #4 Berkeley, Ca 94704
44. ☒ STUDENT ☐ EMPLOYEE ☐ OTHER
45. RESIDENCE PHONE: (510) 684-5599

46. BUSINESS/SCHOOL ADDRESS: UC Berkeley
47. BUSINESS PHONE: ( ) -

48. OCCUPATION: Student
49. WORK HOURS:
50. DL NUMBER/STATE:
51. EMAIL ADDRESS:

52. S-1
53. NAME/FIRM NAME: BLYTHE, Kortney Amber
54. RACE: W
55. SEX: F
56. HT: 510
57. WT: 150
58. HAIR: Red
59. EYES: Haz
60. DOB: 3-13-83

61. RESIDENCE ADDRESS: 1964 Maralboro Ave. Riverside, Ca 92507
62. PFN NUMBER: None
63. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER

64. S-2
65. NAME/FIRM NAME:
66. RACE:
67. SEX:
68. HT:
69. WT:
70. HAIR:
71. EYES:
72. DOB:

73. RESIDENCE ADDRESS:
74. PFN NUMBER:
75. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER

### Suspect Descriptors

| # | Category | Suspect 1 |
|---|---|---|
| 76 | HAIR LENGTH | D LONG |
| 77 | HAIR TEXTURE | E THICK |
| 78 | HAIR STYLE | H PONY TAIL (approx) |
| 79 | FACIAL HAIR | B CLEAN |
| 80 | COMPLEXION | E LIGHT |
| 81 | TATTOOS/SCARS | A NONE |
| 82 | GENERAL APPEARANCE | J WELL GROOMED |
| 83 | DEMEANOR | D CALM |
| 84 | SPEECH | K TALKATIVE |
| 85 | BUILD | D THIN |
| 86 | RIGHT/LEFT HANDED | A UNKNOWN |
| 87 | FACE | E OVAL |
| 88 | GLASSES | B NONE |

90. SUSPECT 1 CLOTHING DESCRIPTION: SHIRT Blue, PANTS Blue

91. SUSPECT 2 CLOTHING DESCRIPTION:

92. WEAPON TYPE: B UNKNOWN

93. OTHER REPORTS: ☒ ARREST ☐ ACCIDENT ☐ VEHICLE ☒ CONTIN.
94. COPIES: ☒ DETECTIVES ☒ DISTRICT ATTY. ☐ CII ☒ OTHER BPD ☐ PATROL ☐ RISK MGT.

95. REPORTING OFFICER: H. Williams 72
96. DATE AND TIME: 10-6-06 1300
97. APPROVING SUPERVISOR: Roby #21
98. DATE: 10-06-06

99. THIS CASE IS: ☐ DRUG RELATED ☐ ALCOHOL RELATED ☐ GANG RELATED ☐ DOMESTIC VIOLENCE ☐ HATE CRIME

CLEARANCE STATUS: ☐ BY ARREST ☐ EXCEPTIONAL CLEARANCE ☐ UNFOUNDED

CONTROLLED DOCUMENT — DO NOT DUPLICATE — UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT

ROUTED TO: City of Berkeley 130   ROUTED BY:   DATE: 8/10/05

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 06-4509 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 2 OF 2 |
| 4. TYPE REPORT<br>☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>13.52.020 BMC | 6. CRIME<br>Enter Property After Warning to Leave by Owner/Agent |
| 7. INCIDENT<br>DATE 10-6-06  TIME 1210 | 8. INCIDENT LOCATION<br>Sproul Plaza | 9. ADDL. NAMES ATTACHED<br>☐ YES  ☒ NO |

10. NARRATIVE

SCENE:
Sproul plaza is located in the middle south end of the UC Berkeley campus. Students and other groups, who demonstrate their right to free speech, commonly use this area. The participants of the Anti Abortion Demonstration gathered on Upper Sproul Plaza west of the west steps leading to Sproul Hall.

NARRATIVE:
On 10-6-06, at about 1130 hours, I was dispatched to the UCPD front counter regarding a complaint about a group of anti abortion demonstrators, who were holding signs and handing out flyers on Upper Sproul Plaza. I met (R) WILSON, Lydia (FW-18-S), who is a member of the UC Berkeley Rally Committee. WILSON told me that a group of anti abortion demonstrators were handing out flyers and they were demonstrating on Sproul Plaza. WILSON told me that she thought the demonstrators were most likely not affiliated with any registered student group at UC Berkeley.

Cpl. Zuniga #73 and I contacted the demonstrators on Sproul Plaza west of the West Steps leading into Sproul Hall. Two of the participants were holding up 4' X 5' foot tall billboards depicting offensive photographs of aborted fetus's in the 1st trimester and of dead bodies from the Holocaust in Germany.

I met (S) BLYTHE, Kortney A. (FW-23-O) who was the lead representative of the anti abortion group identified as the Survivors of the Abortion Holocaust. I asked BLYTHE if she or the participants was a registered student group with OSL and if they had permission from OSL to hand out flyers and display their signs. BLYTHE told me "No" but then stated that it was a constitutional right regarding free speech to demonstrate on the UC Berkeley campus. I advised BLYTHE that she was in violation regarding the Sproul Plaza free speech rules and requirements established by the UC Regents. BLYTHE stated that her group would not leave because UC Berkeley was a public campus. While I spoke to BLYTHE several people walked up to me and told me they found the signs offensive and asked me what they could do.

I requested UCPD dispatch to contact OSL and have a representative contact BLYTHE to provide an accurate definition of the policy. I waited for approximately 20-30 minutes for an OSL representative. I requested Sgt. Roby S-21 to discuss the policy with BLYTHE because no one from OSL had responded to the scene. Sgt Roby asked BLYTHE to leave the UC Berkeley campus. BLYTHE told Sgt. Roby that she would not leave because it was her constitutional right to stay. Sgt. Roby told BLYTHE that she and her group could demonstrate without violation of campus rules on the city sidewalk south of the barrier poles leading into Sproul Plaza.

I warned BLYTHE that I would issue her a citation for trespassing - refusing to leave. BLYTHE told me that she would not leave and her group would continue to demonstrate on the plaza until 1330 hours. I issued BLYTHE a citation #639332 for 13.52.020 Berkeley Municipal Code (BMC) – Enter Property After Warning to Leave by Owner/Agent and released her from the scene with her written promise to appear at the Berkeley Traffic Court in 60 days.

At about 1330 hours, I discovered the participants had moved to the sidewalk at the intersection of Bancroft Way and Telegraph Ave and continued the demonstration.

I returned to UCPD and discovered that OSL had told UCPD dispatch they would not respond because the anti abortion demonstrators were not affiliated with any registered student group. Nothing further.

11. COPIES
TO: ☒ DETECTIVES  ☐ PATROL  ☒ DISTRICT ATTY.  ☐ RISK MGT.  ☐ E.H&S  ☐ OTHER  ☐ OTHER

12. REPORTING OFFICER: H. Williams 72
13. DATE AND TIME: 10-6-06 1300 hrs
14. APPROVING SUPERVISOR: [signature]
15. DATE: 10-06-06