1  MANUELA ALBUQUERQUE, City Attorney        SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.:  (510) 981-6950
4  FAX.:  (510) 981-6960

5  Attorneys for Defendant CITY OF BERKELEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,** | NO.  C 07 3173 MMC |
| Plaintiff, | **DECLARATION OF CAPT. ERIC GUSTAFSON RE: CITY OF BERKELEY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **CITY OF BERKELEY,** | |
| Defendants. | DATE:  September 14, 2007
TIME:   9:00 a.m.
CTRM:  7 |

I, Eric Gustafson, declare:

    1. I was appointed to the rank of police captain for the City of Berkeley in 2005, and before that, I was a police lieutenant for the City since 2001.  I have been a City of Berkeley police officer for 26 years.  I have personal knowledge of all the facts stated in this Declaration and I am competent to testify to these facts if called on to do so.

    2. My primary duties as a captain are and have been to oversee all aspects of the City's seven patrol teams in the field.  This includes monitoring and supervising the day-to-day law enforcement practices of all the City's patrol officers.  As a lieutenant, one of my primary duties was to oversee and supervise two patrol teams.  As such, I am very familiar with the City's police enforcement practices with respect to calls for trespass violations.

3. Preliminarily, the enforcement of trespass laws by the City's officers is complaint-driven by requests for assistance from property owners/occupants.

4. To my knowledge, the City's police officers use Berkeley Municipal Code section 13.52.020 only to address complaints of trespass violations on *private* property.

5. To my knowledge, the City's police officers do not use Berkeley Municipal Code section 13.52.020 to address complaints characterized as a "trespass" on public property.

6. For a trespass violation charged as a misdemeanor, the City must rely on the Alameda County District Attorney's office for prosecution.

7. Historically, from my many years of interacting with the Alameda County District Attorney's office, they have been reluctant to use their limited prosecutorial resources on minor crimes such as a trespassing violation.

8. Having the option to charge BMC section 13.52.020 as an infraction rather than a misdemeanor is useful because prosecution does not require the involvement of the District Attorney. Rather, as an infraction, the matter can be handled in a more simplified manner by the citing police officer, similar to a traffic ticket.

9. City of Berkeley police officers do not perform patrols on the University of California campus.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 9, 2007                  /s/
                                      CAPT. ERIC GUSTAFSON

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

                                      /s/
                                   Matthew J. Orebic