**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTNEY BLYTHE, | No. C-07-3173 MMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

    **YOU ARE NOTIFIED** that the hearing date on Plaintiff's Motion for Preliminary Injunction, previously scheduled for hearing on Friday, September 14, 2007, has been **re-scheduled to Friday, September 28, 2007 at 9:00 a.m.** before the Honorable Maxine M. Chesney.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                   **FOR THE COURT,**

                                                   Richard W. Wieking, Clerk

Dated: September 4, 2007                        *Tracy Lucero*
                                                   Tracy Lucero, Deputy Clerk