Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTNEY BLYTHE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>    Defendants. | NO.:  C07-03173 MMC<br><br>**STIPULATION AND ORDER REGARDING CMC**<br><br>Date: September 21, 2007<br>Time: 10:30 a.m.<br>Room: 7, 19th Floor<br>Judge:  Chesney |

    Plaintiff  KORTNEY BLYTHE, through her attorney Michael Millen, Esq., and defendant CITY OF BERKELEY, through its attorney Matthew Orebic, Esq., hereby stipulate as follows:

    1.  Plaintiff filed a Motion for Preliminary Injunction in June 2007.  The court has continued the hearing on the matter until September 28, 2007.  The parties agree that the legal issues relevant to the Preliminary Injunction Motion are at the heart of the case and that the court's decision could significantly impact the scope and nature of the case.

    2.  The court has set a Case Management Conference for September 21, 2007.  This date has never been continued.

    3.  The parties wish to litigate this case in an expeditious and cost effective manner and would request that the court put over the Case Management Conference until after the Preliminary Injunction Motion is decided.

Dated: September 5, 2007

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC,
DEPUTY CITY ATTORNEY

Dated: September 5, 2007

_____/s/_____
MATTHEW J. OREBIC
ATTORNEYS FOR DEFENDANT
CITY OF BERKELEY

## -- ORDER --

Good cause appearing, the court hereby VACATES the Case Management Conference set for September 21, 2007. The court will set a new Case Management Conference date at the time it makes its ruling on plaintiff's Motion for Preliminary Injunction.

Dated:

_____
MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE