Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KORTNEY BLYTHE, | NO.:  C07-03173 MMC |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CMC** |
| v. | |
| CITY OF BERKELEY, | Date:  September 21, 2007<br>Time:  10:30 a.m.<br>Room: 7, 19th Floor |
| Defendants. | Judge:  Chesney |

Plaintiff  KORTNEY BLYTHE, through her attorney Michael Millen, Esq., and defendant CITY OF BERKELEY, through its attorney Matthew Orebic, Esq., hereby stipulate as follows:

1. Plaintiff filed a Motion for Preliminary Injunction in June 2007.  The court has continued the hearing on the matter until September 28, 2007.  The parties agree that the legal issues relevant to the Preliminary Injunction Motion are at the heart of the case and that the court's decision could significantly impact the scope and nature of the case.

2. The court has set a Case Management Conference for September 21, 2007.  This date has never been continued.

3. The parties wish to litigate this case in an expeditious and cost effective manner and would request that the court put over the Case Management Conference until after the Preliminary Injunction Motion is decided.

| | |
|---|---|
| Dated: September 5, 2007 | _____<br>MICHAEL MILLEN, ESQ.<br>ATTORNEY FOR PLAINTIFFS |
| | MANUELA ALBUQUERQUE, CITY ATTORNEY<br>MATTHEW J. OREBIC,<br>DEPUTY CITY ATTORNEY |
| Dated: September 5, 2007 | _____/s/_____<br>MATTHEW J. OREBIC<br>ATTORNEYS FOR DEFENDANT<br>CITY OF BERKELEY |

## -- ORDER --

Good cause appearing, the court hereby VACATES the Case Management Conference set for September 21, 2007, and continues the Case Management Conference to October 19, 2007 at 10:30 a.m. The parties shall file a joint Case Management Statement no later than October 12, 2007. ~~The court will set a new Case Management Conference date at the time it makes its ruling on plaintiff's Motion for Preliminary Injunction.~~

Dated: September 5, 2007                  _____
                                          MAXINE CHESNEY
                                          UNITED STATES DISTRICT JUDGE