# CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: SEP 2 8 2007

C - 07 - 3173 - MMC

Kortney Blythe    v    City of Berkeley

Attorneys: Michael Millen    Matthew Orebic

Deputy Clerk: **TRACY LUCERO**    Reporter: Belle Ball

**PROCEEDINGS:**    **RULING:**

1. π's motion for preliminary injunction    DEEMED SUBMITTED.

2. 

3. 

4. 

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Joint statement due on 12/7/07.
Court continue 10/19/07 case management conference to 12/14/07.

( ) ORDER TO BE PREPARED BY:    Plntf___    Deft___    Court___

( ) Referred to Magistrate For: _____
    ( ) By Court
(✓) CASE CONTINUED TO 12/14/07 @ 10:30 for Initial Case Management Conference.

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for ___ days
Type of Trial: ( ) Jury    ( ) Court
Notes: π intends on filing motion to amend.

cc: Chambers file