Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KORTNEY BLYTHE,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>  Defendants. | NO.:  C07-03173 MMC<br><br>**STIPULATION AND ORDER REGARDING CMC**<br><br>Date: December 14, 2007<br>Time: 10:30 a.m.<br>Room: 7, 19th Floor<br>Judge: Chesney |
|---|---|

   Plaintiff  KORTNEY BLYTHE, through her attorney Michael Millen, Esq., and defendant CITY OF BERKELEY, through its attorney Matthew Orebic, Esq., hereby stipulate as follows:

   1.  The court has set a Case Management Conference for December 14, 2007, at 10:30 a.m.

   2.  Plaintiff's counsel represents that he has been scheduled to another CMC in this court before the Hon. Ronald Whyte at the same date and time (December 14, 2007, at 10:30 a.m.).

   3.  To accommodate plaintiff's scheduling issue, the parties request that the court continue the CMC in this to January 11, 2008.

1
2
3
4  Dated: November 8, 2007

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

5
6
7  MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC,
8  DEPUTY CITY ATTORNEY
9
10
11
12  Dated: 11/9/07

_____
MATTHEW J. OREBIC
13  ATTORNEYS FOR DEFENDANT
CITY OF BERKELEY
14
15

## -- ORDER --

16
Good cause appearing, the court hereby continues the Case Management Conference to
17
January 11, 2008.
18
19
20
21
22  Dated:

_____
MAXINE CHESNEY
23  UNITED STATES DISTRICT JUDGE
24
25
26
27
28