Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KORTNEY BLYTHE,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF BERKELEY,<br><br>  Defendants. | NO.: C07-03173 MMC<br><br>**STIPULATION AND ORDER REGARDING CMC**<br><br>Date: December 14, 2007<br>Time: 10:30 a.m.<br>Room: 7, 19th Floor<br>Judge: Chesney |
|---|---|

Plaintiff KORTNEY BLYTHE, through her attorney Michael Millen, Esq., and defendant CITY OF BERKELEY, through its attorney Matthew Orebic, Esq., hereby stipulate as follows:

1. The court has set a Case Management Conference for December 14, 2007, at 10:30 a.m.

2. Plaintiff's counsel represents that he has been scheduled to another CMC in this court before the Hon. Ronald Whyte at the same date and time (December 14, 2007, at 10:30 a.m.).

3. To accommodate plaintiff's scheduling issue, the parties request that the court continue the CMC in this to January 11, 2008.

Dated: November 8, 2007

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

MANUELA ALBUQUERQUE, CITY ATTORNEY
MATTHEW J. OREBIC,
DEPUTY CITY ATTORNEY

Dated: 11/9/07

_____
MATTHEW J. OREBIC
ATTORNEYS FOR DEFENDANT
CITY OF BERKELEY

### -- ORDER --

Good cause appearing, the court hereby continues the Case Management Conference to ~~January 11, 2008.~~ January 25, 2008. The parties shall file a Joint Case Management Statement no later than January 18, 2008.

Dated: November 14, 2007

_____
MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE