```
ZACH COWAN, Acting City Attorney          SBN 96372
MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6950
FAX.:  (510) 981-6960
```

Attorneys for Defendant CITY OF BERKELEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| KORTNEY BLYTHE,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>            Defendant. | NO. C 07 03173 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JANUARY 25, 2008 TO MARCH 21, 2008**<br><br>DATE:  January 25, 2008<br>TIME:  10:30 a.m.<br>CTRM:  7, 19th Floor, San Francisco |

### STIPULATION

Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney Blythe and defendant City of Berkeley, through their attorneys herein, stipulate that the Case Management Conference be continued from January 25, 2008 to March 21, 2008, at 10:30 a.m. The parties request this continuance because plaintiff's counsel and defense counsel have a pending motion set for hearing in a state court case on February 28, 2008 involving a different plaintiff, but similar state law claims to those set forth in this case. Therefore, the parties would like to return to this Court on March 21, 2008. There have been two prior continuances in this matter.

Dated: January 9, 2008.                    Respectfully submitted:

ZACH COWN, Acting City Attorney

By:  _____/s/_____
     MATTHEW J. OREBIC

1

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Defendant City of Berkeley |
| 2 | Dated: January 9, 2008. | MICHAEL MILLEN, Attorney at Law |
| 5 |  | MICHAEL MILLEN, Attorney for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
MAXINE M. CHESNEY
United States District Judge