1  ZACH COWAN, Acting City Attorney          SBN 96372
   MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.: (510) 981-6950
4  FAX.: (510) 981-6960

5  Attorneys for Defendant CITY OF BERKELEY

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO

10

| 11 | KORTNEY BLYTHE, | NO. C 07 03173 MMC |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JANUARY 25, 2008 TO MARCH 21, 2008 |
| 13 | v. | |
| 14 | CITY OF BERKELEY, | |
| 15 | Defendant. | DATE: January 25, 2008<br>TIME: 10:30 a.m.<br>CTRM: 7, 19th Floor, San Francisco |

16
                           **STIPULATION**
17

18      Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney

19 Blythe and defendant City of Berkeley, through their attorneys herein, stipulate that the Case

20 Management Conference be continued from January 25, 2008 to March 21, 2008, at 10:30 a.m.

21 The parties request this continuance because plaintiff's counsel and defense counsel have a

22 pending motion set for hearing in a state court case on February 28, 2008 involving a different

23 plaintiff, but similar state law claims to those set forth in this case. Therefore, the parties would

24 like to return to this Court on March 21, 2008. There have been two prior continuances in this

25 matter.

26 Dated: January 9, 2008.                  Respectfully submitted:

27                                          ZACH COWN, Acting City Attorney

28                          By:        /s/
                                    MATTHEW J. OREBIC

                                      1

Case 3:07-cv-03173-MMC   Document 28   Filed 01/10/2008   Page 2 of 2

| | | |
|---|---|---|
| 1 | | Attorneys for Defendant City of Berkeley |
| 2 | Dated: January 9, 2008. | MICHAEL MILLEN, Attorney at Law |

*[signature]*

MICHAEL MILLEN, Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 10, 2008

*[signature]*
MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC NO. C 07 03173 MMC
