```
ZACH COWAN, Acting City Attorney          SBN 96372
MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6950
FAX.:  (510) 981-6960
```

Attorneys for Defendant CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>          Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>          Defendant. | NO.  C 07 03173 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM MARCH 21, 2008 TO JUNE, JULY, OR AUGUST 2008**<br><br>DATE:   March 21, 2008<br>TIME:   10:30 a.m.<br>CTRM:   7, 19th Floor, San Francisco |

## STIPULATION

Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney Blythe and defendant City of Berkeley, through their attorneys herein, request that the Case Management Conference be continued from March 21, 2008, to one of the following dates: June 27, July 11, Aug. 8, or Aug. 15, 2008, at 10:30 a.m. The parties request this continuance because plaintiff's counsel and defense counsel have a pending trial set for hearing in a state court case on May 2, 2008, with a different plaintiff, but similar state law claims to those set forth in this case. Therefore, the parties would like to return to this Court after that date. There have been three prior continuances in this matter. The parties also request that the court suspend all local ADR requirements as plaintiffs are only seeking injunctive and declaratory relief concerning a municipal regulation.

Dated: .                    Respectfully submitted:

ZACH COWN, Acting City Attorney

By:  _____/s/_____
MATTHEW J. OREBIC
Attorneys for Defendant City of Berkeley

Dated: March 6, 2008.            MICHAEL MILLEN, Attorney at Law

MICHAEL MILLEN, Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The court hereby continues the upcoming Case Management Conference until _____June 6_____, 2008.  All local ADR requirements are hereby suspended until further order of the court.   A Joint Case Management Statement shall be filed no later than May 30, 2008.

Dated:  __March 7, 2008_____

_____
MAXINE M. CHESNEY
United States District Judge