ZACH COWAN, Acting City Attorney          SBN 96372
MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960

Attorneys for Defendant CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>       Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>       Defendant. | NO. C 07 03173 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 6, 2008 TO JULY 2008**<br><br>DATE:  June 6, 2008<br>TIME:  10:30 a.m.<br>CTRM: 7, 19th Floor, San Francisco |

### **STIPULATION**

Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney Blythe and defendant City of Berkeley, through their attorneys herein, request the next Case Management Conference be continued from June 6, 2008 to a date in July 2008. The parties request this continuance because they are waiting for the Alameda County Superior Court to issue a decision (probably in June 2008) in a completed bench trial heard on May 2, 2008, with a different plaintiff, but posing similar state law claims to the state law claims presented in this case. Therefore, the parties would like to return to this Court in July 2008 after the Superior Court's ruling has been issued, which ruling may facilitate resolving this case. There have been four prior continuances in this matter.

Dated: May 27, 2008                Respectfully submitted:

ZACH COWN, Acting City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

By: _____/s/_____
MATTHEW J. OREBIC
Attorneys for Defendant City of Berkeley


Dated:  May 27, 2008               MICHAEL MILLEN, Attorney at Law

By: _____[signature]_____
MICHAEL MILLEN
Attorney for Plaintiff Kortney Blythe


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court hereby continues the Case Management Conference from June 6, 2006 to July __, 2008.


Dated: _____


_____
MAXINE M. CHESNEY
United States District Judge