1 | ZACH COWAN, Acting City Attorney    SBN 96372
  | MATTHEW J. OREBIC, Deputy City Attorney    SBN 124491
2 | Morebic@ci.berkeley.ca.us
  | 2180 Milvia Street, Fourth Floor
3 | Berkeley, CA 94704
  | TEL.: (510) 981-6950
4 | FAX.: (510) 981-6960

5 | Attorneys for Defendant CITY OF BERKELEY

6 |

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO

10 |

11 | **KORTNEY BLYTHE,**    NO. C 07 03173 MMC

12 | Plaintiff,    **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 6, 2008 TO ~~JULY 2008~~ AUGUST 29, 2008**

13 | v.

14 | **CITY OF BERKELEY,**    DATE: June 6, 2008
  |                          TIME: 10:30 a.m.
15 | Defendant.               CTRM: 7, 19th Floor, San Francisco

16 |

17 | **STIPULATION**

18 | Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney

19 | Blythe and defendant City of Berkeley, through their attorneys herein, request the next Case

20 | Management Conference be continued from June 6, 2008 to a date in July 2008. The parties

21 | request this continuance because they are waiting for the Alameda County Superior Court to

22 | issue a decision (probably in June 2008) in a completed bench trial heard on May 2, 2008, with a

23 | different plaintiff, but posing similar state law claims to the state law claims presented in this

24 | case. Therefore, the parties would like to return to this Court in July 2008 after the Superior

25 | Court's ruling has been issued, which ruling may facilitate resolving this case. There have been

26 | four prior continuances in this matter.

27 |

28 |

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC NO. C 07 03173 MMC

1  Dated: May 27, 2008                    Respectfully submitted:

2                                         ZACH COWN, Acting City Attorney
                                          MATTHEW J. OREBIC, Deputy City Attorney
3
                                     By:  _____/s/_____
4                                         MATTHEW J. OREBIC
                                          Attorneys for Defendant City of Berkeley
5

6

7  Dated:  May 27, 2008                   MICHAEL MILLEN, Attorney at Law

8
                                     By:  _____[signature]_____
9                                         MICHAEL MILLEN
                                          Attorney for Plaintiff Kortney Blythe
10

11

12      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court hereby continues
                          June 6, 2008 to August 29, 2008.
13  the Case Management Conference from ~~June 6, 2006 to July ___, 2008~~.

14

15  Dated:  _May 28, 2008_____

16
                                          _____[signature]_____
17                                        MAXINE M. CHESNEY
                                          United States District Judge
18

19

20

21

22

23

24

25

26

27

28

                                          2
         STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                          USDC NO. C 07 03173 MMC