1   ZACH COWAN, Acting City Attorney        SBN 96372
    MATTHEW J. OREBIC, Deputy City Attorney   SBN 124491
2   Morebic@ci.berkeley.ca.us
    2180 Milvia Street, Fourth Floor
3   Berkeley, CA 94704
    TEL.:  (510) 981-6950
4   FAX.:  (510) 981-6960

5   Attorneys for Defendant CITY OF BERKELEY

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO

10

11  **KORTNEY BLYTHE,**                      NO.  **C 07 03173 MMC**

12             Plaintiff,                     **STIPULATION AND ORDER TO
                                             CONTINUE CASE MANAGEMENT
13  v.                                        CONFERENCE FROM AUGUST 29, 2008
                                             TO DECEMBER 2008**
14  **CITY OF BERKELEY,**
                                             DATE:   August 29, 2008
15             Defendant.                     TIME:   10:30 a.m.
                                             CTRM:  7, 19th Floor, San Francisco
16
                            **STIPULATION**
17

18         Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney

19  Blythe and defendant City of Berkeley, through their attorneys herein, request the next Case

20  Management Conference be continued from August 29, 2008 to a date in December 2008.  The

21  parties request this continuance because they are waiting for the Alameda County Superior Court

22  to issue a final judgment in a completed bench trial heard on May 2, 2008, with a different

23  plaintiff, but posing similar state law claims to the state law claims presented in this case.

24  Therefore, the parties would like to return to this Court in December 2008 after the Superior

25  Court's ruling has been issued and the appeal, if any from that judgment, has either been filed or

26  abandoned.  There have been five prior continuances in this matter.

27

28

                                    1
    STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                    USDC NO. C 07 03173 MMC

1   Dated: August 19, 2008                    Respectfully submitted:

2                                             ZACH COWN, Acting City Attorney
                                              MATTHEW J. OREBIC, Deputy City Attorney
3
                                     By:    _____/s/_____
4                                             MATTHEW J. OREBIC
                                              Attorneys for Defendant City of Berkeley
5

6

7   Dated:  August 19, 2008                   MICHAEL MILLEN, Attorney at Law

8
                                     By:    _____
9                                             MICHAEL MILLEN
                                              Attorney for Plaintiff Kortney Blythe
10

11

12          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court hereby continues

13  the Case Management Conference from August 29, 2008 to December ____ 2008.

14

15  Dated: _____

16

17                                          _____
                                              MAXINE M. CHESNEY
18                                            United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC NO. C 07 03173 MMC