ZACH COWAN, Acting City Attorney         SBN 96372
MATTHEW J. OREBIC, Deputy City Attorney  SBN 124491
Morebic@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6950
FAX.: (510) 981-6960

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **KORTNEY BLYTHE,**<br><br>          Plaintiff,<br><br>v.<br><br>**CITY OF BERKELEY,**<br><br>          Defendant. | NO. C 07 03173 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM AUGUST 29, 2008 TO DECEMBER 2008**<br><br>DATE:  August 29, 2008<br>TIME:  10:30 a.m.<br>CTRM:  7, 19th Floor, San Francisco |

**STIPULATION**

Pursuant to Local Rule 7-12 and the Court's Standing Order Item No. 6, plaintiff Kortney Blythe and defendant City of Berkeley, through their attorneys herein, request the next Case Management Conference be continued from August 29, 2008 to a date in December 2008. The parties request this continuance because they are waiting for the Alameda County Superior Court to issue a final judgment in a completed bench trial heard on May 2, 2008, with a different plaintiff, but posing similar state law claims to the state law claims presented in this case. Therefore, the parties would like to return to this Court in December 2008 after the Superior Court's ruling has been issued and the appeal, if any from that judgment, has either been filed or abandoned. There have been five prior continuances in this matter.

Dated: August 19, 2008                    Respectfully submitted:

ZACH COWN, Acting City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

By: _____/s/_____
MATTHEW J. OREBIC
Attorneys for Defendant City of Berkeley


Dated:  August 19, 2008                   MICHAEL MILLEN, Attorney at Law

By: _____[signature]_____
MICHAEL MILLEN
Attorney for Plaintiff Kortney Blythe


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Court hereby continues the Case Management Conference from August 29, 2008 to December _12_ 2008.  The parties shall file a Joint Case Management Conference Statement no later than December 5, 2008.

Dated:  _August 20, 2008_____

_____[signature]_____
MAXINE M. CHESNEY
United States District Judge

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC NO. C 07 03173 MMC