| | |
|---|---|
| 1 | ZACH COWAN, Acting City Attorney    SBN 96372 |
|   | MATTHEW J. OREBIC, Deputy City Attorney    SBN 124491 |
| 2 | Morebic@ci.berkeley.ca.us |
|   | 2180 Milvia Street, Fourth Floor |
| 3 | Berkeley, CA 94704 |
|   | TEL.: (510) 981-6950 |
| 4 | FAX.: (510) 981-6960 |
| 5 | Attorneys for Defendant CITY OF BERKELEY |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| KORTNEY BLYTHE, | NO. C 07 03173 MMC |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

## STIPULATION

Plaintiff Kortney Blythe, through Michael Millen, her attorney herein, and Defendant City of Berkeley, through its attorney herein, Matthew J. Orebic, hereby stipulate that plaintiffs' entire Complaint is hereby dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

Dated: 10/30/08

Respectfully submitted:

ZACH COWN, Acting City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

By: /s/
MATTHEW J. OREBIC
Attorneys for Defendant City of Berkeley

Dated: 10/31/08

MICHAEL MILLEN, Attorney at Law

By:
MICHAEL MILLEN
Attorney for Plaintiff Kortney Blythe

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 3, 2008

MAXINE M. CHESNEY
United States District Judge